**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| TEKNOL, INC., | : | Case No. 3:26-cv-131 |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | District Judge Michael J. Newman |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| SPEED AUTO BODY SHOP | : | |
| SUPPLIES, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF DEFICIENCY AND ORDER

This matter is before the Court upon a *sua sponte* review for compliance with Federal Rule of Civil Procedure 7.1(a)(2).  Plaintiff has not filed a diversity disclosure statement as required by that Rule.  Plaintiff is therefore **ORDERED** to file such a statement no later than **thirty days** from the date of this Order.  A sample "Diversity of Citizenship Disclosure Statement" is available on the Court's website.[1]

  **IT IS SO ORDERED.**


May 8, 2026                              *s/Peter B. Silvain, Jr.*
                                         Peter B. Silvain, Jr.
                                         United States Magistrate Judge

---

[1] https://www.ohsd.uscourts.gov/ohio-southern-district-forms